# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LOUIS BERMAN and DIANE BERMAN**, <br><br>Plaintiffs, <br><br>v. <br><br>**FORD MOTOR COMPANY, a Delaware Corporation; CROWN MOTORS, LLC, A California Limited Liability Company, dba CROWN FORD; and DOES 1 through 10, inclusive**, <br><br>Defendants. | Case No.: 2:18-cv-03229-MCE-DMC <br><br>(Removed from Superior Court of California, County of Shasta, Case No. 191314) <br><br>**ORDER GRANTING PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR REMAND TO SUPERIOR COURT OF CALIFORNIA** <br><br>*Assigned for all purposes to the Honorable Morrison C. England, Jr.* <br><br>**Date:** April 18, 2019 <br>**Time:** 2:00 p.m. <br>**Courtroom:** 7 <br><br>Action Filed: November 16, 2018 <br>Trial Date: Not Set |

Through the present action, Plaintiffs allege various claims for breach of warranty, negligent repairs, and state law statutory violations against Defendants Ford Motor Company and Crown Motors, LLC. Although initially filed in state court, the case was subsequently removed to this Court on diversity of citizenship grounds. Plaintiffs now ask the Court to remand the instant matter, pursuant to 28 U.S.C. § 1447(c), back to the Superior Court of the State of California in and for the County of Shasta where it was originally instituted. Plaintiffs further seek costs and expenses, including attorney's fees incurred as a result of Defendants' removal. Defendants thereafter filed a Statement of Non-Opposition to Plaintiffs' remand request, but allege that an award of attorney's fees and costs is not indicated. ECF No. 24.

Given Defendants' non-opposition, and good cause appearing, Plaintiff's Motion to Remand (ECF No. 20) is GRANTED inasmuch as it requests remand. To the extent that Plaintiff's Motion also seeks attorney's fees and costs associated with the Motion to Remand, the Motion is DENIED because the Court, in exercising its discretion given the circumstances of this matter, does not believe such an award to be warranted.

The Clerk of the Court is consequently directed to remand this case to the originating state court, the Superior Court of the State of California in and for the County of Shasta, for final adjudication. Given that Remand, Defendants' Motions for Judgment on the Pleadings, ECF Nos. 10 and 12, are DENIED as moot. Following transfer of this matter to state court, the Clerk shall close the file pending in this court

IT IS SO ORDERED.

Dated: April 16, 2019

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE